IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANDRE D. REED, SR.,**

    **Plaintiff,**

    v.                                                                     CASE NO. 22-3117-SAC

**BILL ELDER, El Paso County Sheriff, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is detained at the El Paso County Jail in Colorado Springs, Colorado ("EPCJ"). Plaintiff's claims involve his conditions at the EPCJ and his underlying criminal case in the El Paso County Court.

The complaint identifies the defendants as: the El Paso County Sheriff's Department and the El Paso County Sheriff; the EPCJ and staff at the EPCJ; and the El Paso County Court and judges. Plaintiff's allegations in the complaint are based on incidents occurring in Colorado Springs, Colorado.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Colorado under 28 U.S.C. § 1391(b).  The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the District of Colorado.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the District of Colorado.

**IT IS SO ORDERED**.

**Dated June 15, 2022, in Topeka, Kansas.**

                                        **s/ Sam A. Crow**
                                        **SAM A. CROW**
                                        **Senior U. S. District Judge**